UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CORY RAY GREER,<br><br>    Defendant. | NO. CR-11-0054-JLQ<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

The Government's Motion to Expedite (**ECF No. 35**) and Motion to Dismiss Without Prejudice (**ECF No. 34**) pursuant to Fed.R.Crim.P. 48(a) are **GRANTED**. Leave of court is granted for the foregoing dismissal of the Indictment (ECF No. 1) without prejudice. The court makes no judgment as to the merit or wisdom of this dismissal.

The District Court Executive is directed to enter this Order and to provide copies to counsel.

**DATED** this 7th day of July, 2011.

                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1